**Fill in this information to identify your case:**

United States Bankruptcy Court for the:

EASTERN DISTRICT OF NEW YORK

Case number *(if known)* _____ Chapter __7__

U.S. BANKRUPTCY COURT
EASTERN DISTRICT OF
NEW YORK

2024 MAR 21  P 1: 06

RECEIVED

☐ Check if this an amended filing

## Official Form 201
# Voluntary Petition for Non-Individuals Filing for Bankruptcy
06/22

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.

| | | |
|---|---|---|
| 1. | **Debtor's name** | **Saba Plaza, LLC** |
| 2. | **All other names debtor used in the last 8 years** <br> Include any assumed names, trade names and *doing business as* names | |
| 3. | **Debtor's federal Employer Identification Number (EIN)** | **84-2512201** |

| | | | |
|---|---|---|---|
| 4. | **Debtor's address** | **Principal place of business** | **Mailing address, if different from principal place of business** |
| | | **177 Milford Street** <br> **Brooklyn, NY 11208** <br> Number, Street, City, State & ZIP Code | **177 Milford Street** <br> **Brooklyn, NY 11208** <br> P.O. Box, Number, Street, City, State & ZIP Code |
| | | **Kings** <br> County | **Location of principal assets, if different from principal place of business** <br> **177 Milford Street Brooklyn, NY 11208** <br> Number, Street, City, State & ZIP Code |

| | | |
|---|---|---|
| 5. | **Debtor's website (URL)** | |

6. **Type of debtor**

☑ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))

☐ Partnership (excluding LLP)

☐ Other. Specify: _____

| Debtor | **Saba Plaza, LLC** | | Case number (*if known*) | |
|---|---|---|---|---|
| | Name | | | |

**7.  Describe debtor's business**

A. *Check one:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))

☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))

☐ Railroad (as defined in 11 U.S.C. § 101(44))

☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))

☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))

☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))

■ None of the above

B. *Check all that apply*

☐ Tax-exempt entity (as described in 26 U.S.C. §501)

☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)

☐ Investment advisor (as defined in 15 U.S.C. §80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See http://www.uscourts.gov/four-digit-national-association-naics-codes.

‾‾‾‾‾

**8.  Under which chapter of the Bankruptcy Code is the debtor filing?**

A debtor who is a "small business debtor" must check the first sub-box. A debtor as defined in § 1182(1) who elects to proceed under subchapter V of chapter 11 (whether or not the debtor is a "small business debtor") must check the second sub-box.

*Check one:*

■ Chapter 7

☐ Chapter 9

☐ Chapter 11. *Check all that apply:*

☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $3,024,725. If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

☐ The debtor is a debtor as defined in 11 U.S.C. § 1182(1), its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $7,500,000, **and it chooses to proceed under Subchapter V of Chapter 11.** If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return, or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

☐ A plan is being filed with this petition.

☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

**9.  Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**
If more than 2 cases, attach a separate list.

■ No.

☐ Yes.

| | District | | When | | Case number | |
|---|---|---|---|---|---|---|
| | District | | When | | Case number | |

Debtor    **Saba Plaza, LLC**                                                            Case number (*If known*) _____
_____
      Name

**10.**  **Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**
    ■ No
    ☐ Yes.

List all cases. If more than 1, attach a separate list

| | | | | | |
|---|---|---|---|---|---|
| Debtor | _____ | | Relationship | _____ | |
| District | _____ | When _____ | Case number, if known | _____ | |

**11.**  **Why is the case filed in *this district*?**
*Check all that apply:*

    ■ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

    ☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

**12.**  **Does the debtor own or have possession of any real property or personal property that needs immediate attention?**
    ■ No
    ☐ Yes.  Answer below for each property that needs immediate attention. Attach additional sheets if needed.

    **Why does the property need immediate attention?** (*Check all that apply.*)

    ☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.
        What is the hazard? _____

    ☐ It needs to be physically secured or protected from the weather.

    ☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

    ☐ Other _____

    **Where is the property?** _____
                                 Number, Street, City, State & ZIP Code

    **Is the property insured?**

    ☐ No

    ☐ Yes.  Insurance agency _____
               Contact name _____
               Phone _____

---

■ **Statistical and administrative information**

**13.**  **Debtor's estimation of available funds**
    .  *Check one:*

    ☐ Funds will be available for distribution to unsecured creditors.

    ■ After any administrative expenses are paid, no funds will be available to unsecured creditors.

**14.**  **Estimated number of creditors**

| | | |
|---|---|---|
| ■ 1-49 | ☐ 1,000-5,000 | ☐ 25,001-50,000 |
| ☐ 50-99 | ☐ 5001-10,000 | ☐ 50,001-100,000 |
| ☐ 100-199 | ☐ 10,001-25,000 | ☐ More than100,000 |
| ☐ 200-999 | | |

**15.**  **Estimated Assets**

| | | |
|---|---|---|
| ☐ $0 - $50,000 | ■ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |
| ☐ $50,001 - $100,000 | ☐ $10,000,001 - $50  million | ☐ $1,000,000,001 - $10 billion |
| ☐ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ☐ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

**16.**  **Estimated liabilities**

| | | |
|---|---|---|
| ☐ $0 - $50,000 | ■ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |

---

**Voluntary Petition for Non-Individuals Filing for Bankruptcy**

| Debtor | **Saba Plaza, LLC** | Case number (*if known*) |
|---|---|---|
| | Name | |

| | | |
|---|---|---|
| ☐ $50,001 - $100,000 | ☐ $10,000,001 - $50  million | ☐ $1,000,000,001 - $10 billion |
| ☐ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ☐ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

| Debtor | **Saba Plaza, LLC** | | Case number *(if known)* | |
| | Name | | | |

| ▉ | **Request for Relief, Declaration, and Signatures** |

**WARNING --** Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    <u>March 21, 2024</u>
                MM / DD / YYYY

X _____            **Shea Sigal**
Signature of authorized representative of debtor   Printed name

Title    **Managing Member**

**18. Signature of attorney**

X _____            Date _____
Signature of attorney for debtor                        MM / DD / YYYY

Printed name _____

Firm name _____

Number, Street, City, State & ZIP Code

Contact phone _____    Email address    m_____

Bar number and State _____

Official Form 201                **Voluntary Petition for Non-Individuals Filing for Bankruptcy**                page 4

**Fill in this information to identify the case:**

Debtor name    **Saba Plaza, LLC**

United States Bankruptcy Court for the:    EASTERN DISTRICT OF NEW YORK

Case number (if known)    _____

☐ Check if this is an
amended filing

## Official Form 206A/B
# Schedule A/B: Assets - Real and Personal Property                    12/15

Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest. Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts or unexpired leases. Also list them on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G).

Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.

For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.

### Part 1:    Cash and cash equivalents

**1. Does the debtor have any cash or cash equivalents?**

■ No. Go to Part 2.
☐ Yes Fill in the information below.

All cash or cash equivalents owned or controlled by the debtor

Current value of
debtor's interest

### Part 2:    Deposits and Prepayments

**6. Does the debtor have any deposits or prepayments?**

■ No. Go to Part 3.
☐ Yes Fill in the information below.

### Part 3:    Accounts receivable

**10. Does the debtor have any accounts receivable?**

■ No. Go to Part 4.
☐ Yes Fill in the information below.

### Part 4:    Investments

**13. Does the debtor own any investments?**

■ No. Go to Part 5.
☐ Yes Fill in the information below.

### Part 5:    Inventory, excluding agriculture assets

**18. Does the debtor own any inventory (excluding agriculture assets)?**

■ No. Go to Part 6.
☐ Yes Fill in the information below.

### Part 6:    Farming and fishing-related assets (other than titled motor vehicles and land)

**27. Does the debtor own or lease any farming and fishing-related assets (other than titled motor vehicles and land)?**

■ No. Go to Part 7.

Debtor    **Saba Plaza, LLC** _____    Case number *(If known)* _____
             Name

☐ Yes Fill in the information below.

| Part 7: | **Office furniture, fixtures, and equipment; and collectibles** |
|---|---|

**38. Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?**

■ No.  Go to Part 8.
☐ Yes Fill in the information below.

| Part 8: | **Machinery, equipment, and vehicles** |
|---|---|

**46. Does the debtor own or lease any machinery, equipment, or vehicles?**

■ No.  Go to Part 9.
☐ Yes Fill in the information below.

| Part 9: | **Real property** |
|---|---|

**54. Does the debtor own or lease any real property?**

☐ No.  Go to Part 10.
■ Yes Fill in the information below.

55.    **Any building, other improved real estate, or land which the debtor owns or in which the debtor has an interest**

| Description and location of property Include street address or other description such as Assessor Parcel Number (APN), and type of property (for example, acreage, factory, warehouse, apartment or office building, if available. | Nature and extent of debtor's interest in property | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| 55.1. **177 Milford Street, Brooklyn, NY 11208** | Fee simple | $1,166,100.00 | Zillow | $1,166,100.00 |
| 55.2. **179 Milford Street, Brooklyn, NY 11208** | Fee simple | $3,200,000.00 | Zillow | $3,200,000.00 |

56.    **Total of Part 9.**

Add the current value on lines 55.1 through 55.6 and entries from any additional sheets. Copy the total to line 88.

| $4,366,100.00 |
|---|

57.    **Is a depreciation schedule available for any of the property listed in Part 9?**

■ No
☐ Yes

58.    **Has any of the property listed in Part 9 been appraised by a professional within the last year?**

■ No
☐ Yes

| Part 10: | **Intangibles and intellectual property** |
|---|---|

**59. Does the debtor have any interests in intangibles or intellectual property?**

■ No.  Go to Part 11.
☐ Yes Fill in the information below.

| Debtor | **Saba Plaza, LLC** | Case number *(If known)* | |
|---|---|---|---|
| | Name | | |

70. **Does the debtor own any other assets that have not yet been reported on this form?**
    Include all interests in executory contracts and unexpired leases not previously reported on this form.

■ No.  Go to Part 12.
☐ Yes Fill in the information below.

Debtor   **Saba Plaza, LLC**_____    Case number *(if known)* _____
        Name

| Part 12: | Summary |
| --- | --- |

**In Part 12 copy all of the totals from the earlier parts of the form**

| Type of property | Current value of personal property | Current value of real property |
| --- | --- | --- |
| 80. **Cash, cash equivalents, and financial assets.** *Copy line 5, Part 1* | $0.00 | |
| 81. **Deposits and prepayments.** *Copy line 9, Part 2.* | $0.00 | |
| 82. **Accounts receivable.** *Copy line 12, Part 3.* | $0.00 | |
| 83. **Investments.** *Copy line 17, Part 4.* | $0.00 | |
| 84. **Inventory.** *Copy line 23, Part 5.* | $0.00 | |
| 85. **Farming and fishing-related assets.** *Copy line 33, Part 6.* | $0.00 | |
| 86. **Office furniture, fixtures, and equipment; and collectibles.** *Copy line 43, Part 7.* | $0.00 | |
| 87. **Machinery, equipment, and vehicles.** *Copy line 51, Part 8.* | $0.00 | |
| 88. **Real property.** *Copy line 56, Part 9*..........................................................> | | $4,366,100.00 |
| 89. **Intangibles and intellectual property.** *Copy line 66, Part 10.* | $0.00 | |
| 90. **All other assets.** *Copy line 78, Part 11.* | + $0.00 | |
| 91. **Total.** Add lines 80 through 90 for each column | $0.00 | + 91b. $4,366,100.00 |
| 92. **Total of all property on Schedule A/B.** Add lines 91a+91b=92 | | $4,366,100.00 |

**Fill in this information to identify the case:**

Debtor name   **Saba Plaza, LLC**

United States Bankruptcy Court for the:   EASTERN DISTRICT OF NEW YORK

Case number (if known) _____

☐ Check if this is an amended filing

## Official Form 206D
## Schedule D: Creditors Who Have Claims Secured by Property                     12/15

Be as complete and accurate as possible.

1. **Do any creditors have claims secured by debtor's property?**
   - ☐ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.
   - ■ Yes. Fill in all of the information below.

| Part 1: | List Creditors Who Have Secured Claims |

2. **List in alphabetical order all creditors who have secured claims.** If a creditor has more than one secured claim, list the creditor separately for each claim.

|  | | Column A<br>Amount of claim<br>*Do not deduct the value of collateral.* | Column B<br>Value of collateral that supports this claim |
|---|---|---|---|
| **2.1**  **Friedman Vartolo LLP**<br>Creditor's Name<br><br>**1325 Franklin Avenue**<br>**Suite 160**<br>**Garden City, NY 11530**<br>Creditor's mailing address<br><br><br>Creditor's email address, if known<br><br>**Date debt was incurred**<br><br>**Last 4 digits of account number**<br><br>**Do multiple creditors have an interest in the same property?**<br>■ No<br>☐ Yes. Specify each creditor, including this creditor and its relative priority. | **Describe debtor's property that is subject to a lien**<br>**177 Milford Avenue , Brooklyn, NY 11208**<br><br>**Describe the lien**<br><br><br>**Is the creditor an insider or related party?**<br>■ No<br>☐ Yes<br>**Is anyone else liable on this claim?**<br>■ No<br>☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)<br><br>**As of the petition filing date, the claim is:**<br>Check all that apply<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $1,386,157.07 | $1,166,100.00 |
| **2.2**  **PS Funding, Inc**<br>Creditor's Name<br><br>**2121 Park Place, Suite 25**<br>**El Segundo, CA 90245**<br>Creditor's mailing address<br><br><br>Creditor's email address, if known<br><br>**Date debt was incurred**<br><br>**Last 4 digits of account number**<br><br>**Do multiple creditors have an interest in the same property?** | **Describe debtor's property that is subject to a lien**<br>**179 Milford Street, Brooklyn, NY 11208**<br><br>**Describe the lien**<br>**Mortgage**<br>**Is the creditor an insider or related party?**<br>■ No<br>☐ Yes<br>**Is anyone else liable on this claim?**<br>■ No<br>☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)<br><br>**As of the petition filing date, the claim is:**<br>Check all that apply | $3,655,053.50 | $3,200,000.00 |

Debtor **Saba Plaza, LLC**
Name

Case number (if known)

- ■ No
- ☐ Yes. Specify each creditor, including this creditor and its relative priority.

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

| 2.3 | **Wilmington Trust National** | | |
|---|---|---|---|

Creditor's Name

**One Vanderbilt Avenue
48th Floor
New York, NY 10017**
Creditor's mailing address

Creditor's email address, if known

Date debt was incurred
**April 1, 2020**
Last 4 digits of account number

Do multiple creditors have an interest in the same property?
- ■ No
- ☐ Yes. Specify each creditor, including this creditor and its relative priority.

Describe debtor's property that is subject to a lien

**177 Milford Street, Brooklyn, NY 11208**

$1,386,150.07      $1,166,100.00

Describe the lien
**Mortgage**

Is the creditor an insider or related party?
- ■ No
- ☐ Yes

Is anyone else liable on this claim?
- ■ No
- ☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

As of the petition filing date, the claim is:
Check all that apply
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

---

3.  Total of the dollar amounts from Part 1, Column A, including the amounts from the Additional Page, if any.

$6,427,360.64

**Part 2:    List Others to Be Notified for a Debt Already Listed in Part 1**

List in alphabetical order any others who must be notified for a debt already listed in Part 1. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for secured creditors.

If no others need to notified for the debts listed in Part 1, do not fill out or submit this page. If additional pages are needed, copy this page.

| Name  and address | On which line in Part 1 did you enter the related creditor? | Last 4 digits of account number for this entity |
|---|---|---|

# UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF NEW YORK
### www.nyeb.uscourts.gov

## STATEMENT PURSUANT TO LOCAL
## BANKRUPTCY RULE 1073-2(b)

**DEBTOR(S):**_____    **CASE NO.:**_____

Pursuant to Local Bankruptcy Rule 1073-2(b), the debtor (or any other petitioner) hereby makes the following disclosure concerning Related Cases, to the petitioner's best knowledge, information and belief:

**[NOTE:** Cases shall be deemed "Related Cases" for purposes E.D.N.Y LBR 1073-1 and E.D.N.Y LBR 1073-2 if the earlier case was pending at any time within eight years before the filing of the new petition, and the debtors in such cases (i) are the same; (ii) are spouses or ex-spouses; (iii) are affiliates, as defined in 11 U.S.C. § 101(2); (iv) are general partners in the same partnership; (v) are a partnership and one more of its general partners; (vi) are partnerships which share one or more common general partners; or (vii) have, or within 180 days of the commencement of either of the Related Cases had, an interest in property that was or is included in the property of another estate under 11 U.S.C. § 541(a).]

☑ **NO ORDER BARRING DEBTOR FROM FILING A PETITION UNDER ANY CHAPTER IS IN EFFECT.**

☑ **NO RELATED CASE IS PENDING OR HAS BEEN PENDING AT ANY TIME.**

☐ **THE FOLLOWING RELATED CASE(S) IS PENDING OR HAS BEEN PENDING:**

1. **CASE NO.:**_____ **JUDGE:**_____ **DISTRICT/DIVISION:**_____

   **CASE PENDING: (YES/NO):**_____ [*If closed*] **Date of Closing:**_____

   **CURRENT STATUS OF RELATED CASE:**_____
   **(Discharged/awaiting discharge, confirmed, dismissed, etc.)**

   **MANNER IN WHICH CASES ARE RELATED:** (*Refer to NOTE above*):_____

   - **SCHEDULE A/B: PROPERTY "OFFICIAL FORM 106A/B - <u>INDIVIDUAL</u>" PART 1 (REAL PROPERTY):**
     REAL PROPERTY AS LISTED IN DEBTOR'S SCHEDULE "A/B – PART 1" WHICH WAS ALSO LISTED IN SCHEDULE "A/B" OF RELATED CASES:_____

   - **SCHEDULE A/B: ASSETS – REAL PROPERTY "OFFICIAL FORM 206A/B - <u>NON-INDIVIDUAL</u>" PART 9 (REAL PROPERTY):**
     REAL PROPERTY AS LISTED IN DEBTOR'S SCHEDULE "A/B – PART 9" WHICH WAS ALSO LISTED IN SCHEDULE "A/B" OF RELATED CASES:_____

2. **CASE NO.:**_____ **JUDGE:**_____ **DISTRICT/DIVISION:**_____

   **CASE PENDING: (YES/NO):**_____ [*If closed*] **Date of Closing:**_____

   **CURRENT STATUS OF RELATED CASE:**_____
   **(Discharged/awaiting discharge, confirmed, dismissed, etc.)**

   **MANNER IN WHICH CASES ARE RELATED:** (*Refer to NOTE above*):_____

   - **SCHEDULE A/B: PROPERTY "OFFICIAL FORM 106A/B - <u>INDIVIDUAL</u>" PART 1 (REAL PROPERTY):**
     REAL PROPERTY AS LISTED IN DEBTOR'S SCHEDULE "A/B – PART 1" WHICH WAS ALSO LISTED IN SCHEDULE "A/B" OF RELATED CASES:_____

   - **SCHEDULE A/B: ASSETS – REAL PROPERTY "OFFICIAL FORM 206A/B - <u>NON-INDIVIDUAL</u>" PART 9 (REAL PROPERTY):**
     REAL PROPERTY AS LISTED IN DEBTOR'S SCHEDULE "A/B – PART 9" WHICH WAS ALSO LISTED IN SCHEDULE "A/B" OF RELATED CASES:_____

**[OVER]**

**DISCLOSURE OF RELATED CASES (cont'd)**

3.  CASE NO.: _____ JUDGE: _____ DISTRICT/DIVISION: _____

    CASE PENDING: (YES/NO): _____ [*If closed*] Date of Closing: _____

    CURRENT STATUS OF RELATED CASE: _____
    **(Discharged/awaiting discharge, confirmed, dismissed, etc.)**

    MANNER IN WHICH CASES ARE RELATED: (*Refer to NOTE above*): _____

- **SCHEDULE A/B: PROPERTY "OFFICIAL FORM 106A/B - <u>INDIVIDUAL</u>" PART 1 (REAL PROPERTY):**
  REAL PROPERTY AS LISTED IN DEBTOR'S SCHEDULE "A/B – PART 1" WHICH WAS ALSO LISTED IN SCHEDULE "A/B" OF
  RELATED CASES: _____

- **SCHEDULE A/B: ASSETS – REAL PROPERTY "OFFICIAL FORM 206A/B - <u>NON-INDIVIDUAL</u>" PART 9 (REAL PROPERTY):**
  REAL PROPERTY AS LISTED IN DEBTOR'S SCHEDULE "A/B – PART 9" WHICH WAS ALSO LISTED IN SCHEDULE "A/B" OF
  RELATED CASES:_____

**NOTE:** Pursuant to 11 U.S.C. § 109(g), certain individuals who have had prior cases dismissed within the preceding 180 days may not be eligible to be debtors. Such an individual will be required to file a statement in support of his/her eligibility to file.

**TO BE COMPLETED BY DEBTOR/PETITIONER'S ATTORNEY, AS APPLICABLE:**

I am admitted to practice in the Eastern District of New York (Y/N): _____

**CERTIFICATION (to be signed by pro-se debtor/petitioner or debtor/petitioner's attorney, as applicable):**

I certify under penalty of perjury that:
- **The within bankruptcy case is not related to any case pending, or pending within the last eight years, except as indicated on this form.**
- **I, the above-named debtor, am currently not barred by any order of this court from filing for bankruptcy.**

_____        _____
**Signature of Debtor's Attorney**                    **Signature of Pro-se Debtor/Petitioner**

                                        *1568-49 ST*
                                        **Mailing Address of Debtor/Petitioner**

                                        *BROOKLYN NY 11219*
                                        **City, State, Zip Code**

                                        _____
                                        **Email Address**

                                        *718 489 8766*
                                        **Area Code and Telephone Number**

**Failure to fully and truthfully provide all information required by the E.D.N.Y. LBR 1073-2 Statement may subject the debtor or any other petitioner and their attorney to appropriate sanctions, including without limitation conversion, the appointment of a trustee or the dismissal of the case with prejudice.**

**NOTE:** Any change in address must be reported to the Court immediately **IN WRITING.** Dismissal of your petition may otherwise result.

FILED: KINGS COUNTY CLERK 02/20/2024 02:04 PM
NYSCEF DOC. NO. 89

INDEX NO. 504362/2022
RECEIVED NYSCEF: 02/20/2024

# NOTICE OF SALE

SUPREME COURT COUNTY OF KINGS, WILMINGTON TRUST, NATIONAL ASSOCIATION, NOT IN ITS INDIVIDUAL CAPACITY, BUT SOLELY AS TRUSTEE OF MFRA TRUST 2016-1, Plaintiff, vs. SABA PLAZA LLC, ET AL., Defendant(s).

Pursuant to a Judgment of Foreclosure and Sale duly entered on May 1, 2023, I, the undersigned Referee will sell at public auction at the Kings County Supreme Court, Courtroom 224, 360 Adams Street, Brooklyn, NY 11201 on April 4, 2024 at 2:30 p.m., premises known as 177 Milford Street, Brooklyn, NY 11208. All that certain plot, piece or parcel of land, with the buildings and improvements thereon erected, situate, lying and being in the Borough of Brooklyn, County of Kings, City and State of New York, Block 4208 and Lot 9. Approximate amount of judgment is $1,386,150.07 plus interest and costs. Premises will be sold subject to provisions of filed Judgment Index #504362/2022. COVID-19 safety protocols will be followed at the foreclosure sale.

Richard A. Klass, Esq., Referee

Friedman Vartolo LLP, 85 Broad Street, Suite 501, New York, New York 10004, Attorneys for Plaintiff. Firm File No. 202367-1



**2019082800004001001EF2D4**

| NYC DEPARTMENT OF FINANCE OFFICE OF THE CITY REGISTER | |
|---|---|
| This page is part of the instrument. The City Register will rely on the information provided by you on this page for purposes of indexing this instrument.The information on this page will control for indexing purposes in the event of any conflict with the rest of the document. | |

## RECORDING AND ENDORSEMENT COVER PAGE          PAGE 1 OF 4

| Document ID: **2019082800004001** | Document Date: 08-19-2019 | Preparation Date: 08-28-2019 |
|---|---|---|
| Document Type: **DEED** | | |
| Document Page Count: 3 | | |

| PRESENTER: | RETURN TO: |
|---|---|
| TITLE ISSUES AGENCY, LLC<br>4207 AVENUE M<br>BROOKLYN, NY 11234<br>718-677-0600<br>TIA-6690 | SABA REALTY LLC<br>4403 15TH AVENUE, #189<br>BROOKLYN, NY 11219 |

### PROPERTY DATA

| Borough | Block | Lot | Unit | Address |
|---|---|---|---|---|
| BROOKLYN | 4208 | 9 | Entire Lot | 177 MILFORD ST |
| Property Type: | APARTMENT BUILDING | | | |

### CROSS REFERENCE DATA

CRFN_____  *or*  DocumentID_____  *or*  _____ Year____ Reel____ Page_____  *or*  File Number_____

### PARTIES

| GRANTOR/SELLER: | GRANTEE/BUYER: |
|---|---|
| 177-179 MILFORD STREET BROOKLYN NDB LLC<br>251 TROY AVE<br>BROOKLYN, NY 11213 | SABA PLAZA LLC<br>4403 15TH AVENUE, #189<br>BROOKLYN, NY 11219 |

### FEES AND TAXES

| Mortgage : | | | Filing Fee: | |
|---|---|---|---|---|
| Mortgage Amount: | $ | 0.00 | | $ 250.00 |
| Taxable Mortgage Amount: | $ | 0.00 | NYC Real Property Transfer Tax: | |
| Exemption: | | | | $ 33,731.25 |
| TAXES:   County (Basic): | $ | 0.00 | NYS Real Estate Transfer Tax: | |
| City (Additional): | $ | 0.00 | | $ 5,140.00 |
| Spec (Additional): | $ | 0.00 | | |
| TASF: | $ | 0.00 | | |
| MTA: | $ | 0.00 | | |
| NYCTA: | $ | 0.00 | | |
| Additional MRT: | $ | 0.00 | | |
| TOTAL: | $ | 0.00 | | |
| Recording Fee: | $ | 52.00 | | |
| Affidavit Fee: | $ | 0.00 | | |

RECORDED OR FILED IN THE OFFICE
OF THE CITY REGISTER OF THE
CITY OF NEW YORK
Recorded/Filed          08-29-2019 16:13
City Register File No.(CRFN):
          **2019000278403**

*Annette M Hill*

*City Register Official Signature*

— Bargain and Sale Deed, with Covenant against Grantor's Acts — Individual or Corporation (Single Sheet)

CONSULT YOUR LAWYER BEFORE SIGNING THIS INSTRUMENT—THIS INSTRUMENT SHOULD BE USED BY LAWYERS ONLY.

**THIS INDENTURE**, made the 19th day of August, in the year 2019

**BETWEEN**

177-179 Milford Street Brooklyn NDB LLC, having an address located at 251 Troy Avenue, Brooklyn, NY 11213

party of the first part, and

Saba Plaza LLC, a New York Limited Liability Company, residing at 4403 15th Avenue #189, Brooklyn, NY 11219,

party of the second part,

**WITNESSETH**, that the party of the first part, in consideration of

$10.00 dollars

paid by the party of the second part, does hereby grant and release unto the party of the second part, the heirs or successors and assigns of the party of the second part forever,

**ALL** that certain plot, piece or parcel of land, with the buildings and improvements thereon erected, situate, lying and being in the

See Schedule "A" attached annexed hereto

TOGETHER with all right, title and interest, if any, of the party of the first part in and to any streets and roads abutting the above described premises to the center lines thereof; TOGETHER with the appurtenances and all the estate and rights of the party of the first part in and to said premises; TO HAVE AND TO HOLD the premises herein granted unto the party of the second part, the heirs or successors and assigns of the party of the second part forever.

AND the party of the first part covenants that the party of the first part has not done or suffered anything whereby the said premises have been encumbered in any way whatever, except as aforesaid.

AND the party of the first part, in compliance with Section 13 of the Lien Law, covenants that the party of the first part will receive the consideration for this conveyance and will hold the right to receive such consideration as a trust fund to be applied first for the purpose of paying the cost of the improvement and will apply the same first to the payment of the cost of the improvement before using any part of the total of the same for any other purpose. The word "party" shall be construed as if it read "parties" whenever the sense of this indenture so requires.

**IN WITNESS WHEREOF,** the party of the first part has duly executed this deed the day and year first above written.

IN PRESENCE OF:

177 -179  MILFORD STREET BROOKLYN NDB LLC

_____          _____

                                                                    By: Levy T. Klein, Sole Member

_____          _____

# Title Issues Agency, LLC
## As agent for Old Republic National Title Insurance Company

### SCHEDULE A
Legal Description

### Title No.  TIA-6690

All that certain plot, piece or parcel of land, with the buildings and improvements thereon erected, situate, lying and being in the Borough of Brooklyn, County of KINGS, City and State of NEW YORK, bounded and described as follows:

BEGINNING at a point on the easterly side of Milford Street, distant 210.00 feet southerly from the corner formed by the intersection of the easterly side of Milford Street with the southerly side of Glenmore Avenue;

RUNNING THENCE easterly parallel with the southerly side of Glenmore Avenue and part of the distance through a party wall, 100 feet;

THENCE southerly parallel with the easterly side of Milford Street, 20 feet;

THENCE westerly parallel with the southerly side of Glenmore Avenue, 100 feet to the easterly side of Milford Street; and

THENCE northerly along the easterly side of Milford Street, 20 feet to the point or place of BEGINNING.

Being part of the same premises as conveyed in CRFN# 2019000145200

FOR INFORMATION ONLY:
Said Premises being known as 177 Milford St Brooklyn NY 11208-2456 and Section: 13 Block:  4208 Lot: 9

*ISSUED BY: Title Issues Agency, LLC ~ 1195 Airport Rd. Ste 10 Lakewood NJ ~ 718- 677-0600 (phone) ~ 718-677-7197 (fax)*

BEING AND INTENDED TO BE the same premises conveyed to the party of the first, as Grantee, by Jeffrey Miller, Esq., Referee, duly appointed in the foreclosure action, as Grantor, by Deed dated May 1, 2019 and recorded May 7, 2019 in CRFN: 2019000145200 in the Office of the City Register of Kings County.

Valid as a Commitment for an ALTA Policy only if attached to a countersigned Commitment for Title Insurance containing Schedules A, B and  C with matching Commitment Numbers.

| ACKNOWLEDGEMENT TAKEN IN NEW YORK STATE | ACKNOWLEDGEMENT TAKEN IN NEW YORK STATE |
|---|---|

State of New York, County of Kings, ss:

On the 26th day of August in the year 2019, before me, the undersigned, personally appeared Levy T. Klein, Sole Member , personally known to me or proved to me on the basis of satisfactory evidence to be the individual(s) whose name(s) is (are) subscribed to the within instrument and acknowledged to me that he/she/they executed the same in his/her/their capacity(ies), and that by his/her/their signature(s) on the instrument, the individual(s), or the person upon behalf of which the individual(s) acted, executed the instrument.

_____
NOTARY PUBLIC

SIMA E. WERNER
NOTARY PUBLIC, State of New York
No. 01WE6254810
Qualified in Kings County
Commission Expires 01/23/20 20

State of New York, County of          , ss:

On the         day of         in the year         , before me, the undersigned, personally appeared         , personally known to me or proved to me on the basis of satisfactory evidence to be the individual(s) whose name(s) is (are) subscribed to the within instrument and acknowledged to me that he/she/they executed the same in his/her/their capacity(ies), and that by his/her/their signature(s) on the instrument, the individual(s), or the person upon behalf of which the individual(s) acted, executed the instrument.

_____
NOTARY PUBLIC

---

**ACKNOWLEDGEMENT BY SUBSCRIBING WITNESS TAKEN IN NEW YORK STATE**

State of New York, County of          , ss:

On the         day of         in the year         , before me, the undersigned, a Notary Public in and for said State, personally appeared         , the subscribing witness to the foregoing instrument, with whom I am personally acquainted, who, being by me duly sworn, did depose and say that he/she/they reside(s) in          (if the place of residence is in a city, include the street and street number if any, thereof); that he/she/they know(s)

         to be the individual described in and who executed the foregoing instrument; that said subscribing witness was present and saw said         execute the same; and that said witness at the same time subscribed his/her/their name(s) as a witness thereto.

_____
NOTARY PUBLIC

**ACKNOWLEDGEMENT TAKEN OUTSIDE NEW YORK STATE**

State of          , County of          , ss:

On the         day of         in the year         , before me, the undersigned personally appeared         personally known to me or proved to me on the basis of satisfactory evidence to be the individual(s) whose name(s) is (are) subscribed to the within instrument and acknowledged to me that he/she/they executed the same in his/her/their capacity(ies),  that by his/her/their signature(s) on the instrument, the individual(s) or the person upon behalf of which the individual(s) acted, executed the instrument, and that such individual make such appearance before the undersigned in the          (add the city or political subdivision and the state or country or other place the acknowledgement was taken).

_____
NOTARY PUBLIC

---

### Bargain & Sale Deed
### With Covenants

177-179 MILFORD STREET BROOKLYN NDB
LLC
TO
Saba Plaza LLC

**Title No. TIA-6690**

COUNTY: Kings

TOWN/CITY: New York

PROPERTY ADDRESS: 177 Milford Street, Brooklyn, NY 11208

SECTION:

BLOCK: 4208

LOT: 9

RETURN BY MAIL TO:

**DISTRIBUTED BY**

**JUDICIAL TITLE**
T: 800-281-TITLE    F: 800-FAX-9396

SABA REALTY LLC
4403 15TH AVENUE, #189
BROOKLYN, NY 11219

| NYC DEPARTMENT OF FINANCE<br>OFFICE OF THE CITY REGISTER |  |
|---|---|
| | 2019082800004001001S3C55 |

| SUPPORTING DOCUMENT COVER PAGE | | PAGE 1 OF 1 |
|---|---|---|

**Document ID: 2019082800004001**     Document Date: 08-19-2019     Preparation Date: 08-28-2019
Document Type: DEED

**ASSOCIATED TAX FORM ID:**     2019081900371

**SUPPORTING DOCUMENTS SUBMITTED:**

| | Page Count |
|---|---|
| DEP CUSTOMER REGISTRATION FORM FOR WATER AND SEWER BILLING | 1 |
| RP - 5217 REAL PROPERTY TRANSFER REPORT | 2 |
| SMOKE DETECTOR AFFIDAVIT | 1 |



201908270139500 1001E929F

| NYC DEPARTMENT OF FINANCE OFFICE OF THE CITY REGISTER | | |
|---|---|---|

**NYC DEPARTMENT OF FINANCE**
**OFFICE OF THE CITY REGISTER**

This page is part of the instrument. The City Register will rely on the information provided by you on this page for purposes of indexing this instrument. The information on this page will control for indexing purposes in the event of any conflict with the rest of the document.

## RECORDING AND ENDORSEMENT COVER PAGE

**PAGE 1 OF 4**

| | | |
|---|---|---|
| Document ID: **2019082701395001** | Document Date: 08-23-2019 | Preparation Date: 08-27-2019 |
| Document Type: DEED | | |
| Document Page Count: 3 | | |

| PRESENTER: | RETURN TO: |
|---|---|
| TITLE ISSUES AGENCY, LLC<br>4207 AVENUE M<br>BROOKLYN, NY 11234<br>718-677-0600<br>TIA-6691 | SABA REALTY LLC<br>4403 15TH AVENUE SUITE 189<br>BROOKLYN, NY 11219 |

### PROPERTY DATA

| Borough | Block | Lot | Unit | Address |
|---|---|---|---|---|
| BROOKLYN | 4208 | 7 | Entire Lot | 179 MILFORD ST |

**Property Type:** APARTMENT BUILDING

### CROSS REFERENCE DATA

CRFN_____ or  DocumentID_____ or _____ Year____ Reel____ Page_____ or  File Number_____

### PARTIES

| GRANTOR/SELLER: | GRANTEE/BUYER: |
|---|---|
| 177-179 MILFORD STREET BROOKLYN NDB LLC<br>251 TROY AVENUE<br>BROOKLYN, NY 11213 | SABA PLAZA LLC<br>4403 15TH AVENUE, #189<br>BROOKLYN, NY 11219 |

### FEES AND TAXES

| Mortgage : | | | Filing Fee: | |
|---|---|---|---|---|
| Mortgage Amount: | $ | 0.00 | | $ 250.00 |
| Taxable Mortgage Amount: | $ | 0.00 | NYC Real Property Transfer Tax: | |
| Exemption: | | | | $ 93,581.25 |
| TAXES: County (Basic): | $ | 0.00 | NYS Real Estate Transfer Tax: | |
| City (Additional): | $ | 0.00 | | $ 23,172.50 |
| Spec (Additional): | $ | 0.00 | | |
| TASF: | $ | 0.00 | | |
| MTA: | $ | 0.00 | | |
| NYCTA: | $ | 0.00 | | |
| Additional MRT: | $ | 0.00 | | |
| TOTAL: | $ | 0.00 | | |
| Recording Fee: | $ | 52.00 | | |
| Affidavit Fee: | $ | 0.00 | | |

**RECORDED OR FILED IN THE OFFICE**
**OF THE CITY REGISTER OF THE**
**CITY OF NEW YORK**
Recorded/Filed          08-29-2019 15:13
City Register File No.(CRFN):
          **2019000278123**

*Annette M Hill*

*City Register Official Signature*

— Bargain and Sale Deed, with Covenant against Grantor's Acts — Individual or Corporation (Single Sheet)

CONSULT YOUR LAWYER BEFORE SIGNING THIS INSTRUMENT—THIS INSTRUMENT SHOULD BE USED BY LAWYERS ONLY.

**THIS INDENTURE,** made the 23rd day of August, in the year 2019

**BETWEEN**

177-179 Milford Street Brooklyn NDB LLC, having an address located at 251 Troy Avenue, Brooklyn, NY 11213

party of the first part, and

Saba Plaza LLC, a New York Limited Liability Company, residing at 4403 15th Avenue #189, Brooklyn, NY 11219,

party of the second part,

**WITNESSETH,** that the party of the first part, in consideration of

$10.00 dollars

paid by the party of the second part, does hereby grant and release unto the party of the second part, the heirs or successors and assigns of the party of the second part forever,

**ALL** that certain plot, piece or parcel of land, with the buildings and improvements thereon erected, situate, lying and being in the

See Schedule "A" attached annexed hereto

TOGETHER with all right, title and interest, if any, of the party of the first part in and to any streets and roads abutting the above described premises to the center lines thereof; TOGETHER with the appurtenances and all the estate and rights of the party of the first part in and to said premises; TO HAVE AND TO HOLD the premises herein granted unto the party of the second part, the heirs or successors and assigns of the party of the second part forever.

AND the party of the first part covenants that the party of the first part has not done or suffered anything whereby the said premises have been encumbered in any way whatever, except as aforesaid.

AND the party of the first part, in compliance with Section 13 of the Lien Law, covenants that the party of the first part will receive the consideration for this conveyance and will hold the right to receive such consideration as a trust fund to be applied first for the purpose of paying the cost of the improvement and will apply the same first to the payment of the cost of the improvement before using any part of the total of the same for any other purpose. The word "party" shall be construed as if it read "parties" whenever the sense of this indenture so requires.

**IN WITNESS WHEREOF,** the party of the first part has duly executed this deed the day and year first above written.

177-179 MILFORD STREET BROOKLYN NDB LLC

IN PRESENCE OF:

_____

_____

_____

_____

By: Levy T. Klein, Sole Member

**Title Issues Agency, LLC**
**As agent for Old Republic National Title Insurance Company**

### SCHEDULE A
Legal Description

### Title No.  TIA-6691

All that certain plot, piece or parcel of land, with the buildings and improvements thereon erected, situate, lying and being in the Borough of Brooklyn, County of KINGS, City and State of NEW YORK, bounded and described as follows:

BEGINNING at a point on the easterly side of Milford Street, distant 130 feet northerly from the corner formed by the intersection of the easterly side of Milford Street and the northerly side of Pitkin Avenue;

RUNNING THENCE easterly parallel with Pitkin Avenue, 100 feet;

THENCE northerly parallel with Milford Street, 40 feet;

THENCE westerly parallel with Pitkin Avenue, 100 feet to the easterly side of Milford Street; and

THENCE southerly along the easterly side of Milford Street, 40 feet to the point or place of BEGINNING.

Being part of the same premises as conveyed in CRFN# 2019000145200

FOR INFORMATION ONLY:
Said Premises being known as 179 Milford St Brooklyn NY 11208-2453 and Section: 13 Block:  4208 Lot: 7

*ISSUED BY: Title Issues Agency, LLC ~ 1195 Airport Rd. Ste 10 Lakewood NJ ~ 718- 677-0600 (phone) ~ 718-677-7197 (fax)*

BEING AND INTENDED TO BE the same premises conveyed to the party of the first, as Grantee, by Jeffrey Miller, Esq., Referee, duly appointed in the foreclosure action, as Grantor, by Deed dated May 1, 2019 and recorded May 7, 2019 in CRFN: 2019000145200 in the Office of the City Register of Kings County.

Valid as a Commitment for an ALTA Policy only if attached to a countersigned Commitment for Title Insurance containing Schedules A, B and C with matching Commitment Numbers.

**ACKNOWLEDGEMENT TAKEN IN NEW YORK STATE**

State of New York, County of Kings, ss:

On the 26th day of August in the year 2019, before me, the undersigned, personally appeared Levy T. Klein, Sole Member , personally known to me or proved to me on the basis of satisfactory evidence to be the individual(s) whose name(s) is (are) subscribed to the within instrument and acknowledged to me that he/she/they executed the same in his/her/their capacity(ies), and that by his/her/their signature(s) on the instrument, the individual(s), or the person upon behalf of which the individual(s) acted, executed the instrument.

_____
NOTARY PUBLIC

SIMA E. WERNER
NOTARY PUBLIC, State of New York
No. 01WE6254810
Qualified in Kings County
Commission Expires 01/23/ 20_20_

**ACKNOWLEDGEMENT TAKEN IN NEW YORK STATE**

State of New York, County of          , ss:

On the       day of          in the year          , before me, the undersigned, personally appeared          , personally known to me or proved to me on the basis of satisfactory evidence to be the individual(s) whose name(s) is (are) subscribed to the within instrument and acknowledged to me that he/she/they executed the same in his/her/their capacity(ies), and that by his/her/their signature(s) on the instrument, the individual(s), or the person upon behalf of which the individual(s) acted, executed the instrument.

_____
NOTARY PUBLIC

**ACKNOWLEDGEMENT BY SUBSCRIBING WITNESS TAKEN IN NEW YORK STATE**

State of New York, County of          ss:

On the       day of          in the year          , before me, the undersigned, a Notary Public in and for said State, personally appeared          , the subscribing witness to the foregoing instrument, with whom I am personally acquainted, who, being by me duly sworn, did depose and say that he/she/they reside(s) in          (if the place of residence is in a city, include the street and street number if any, thereof); that he/she/they know(s)

          to be the individual described in and who executed the foregoing instrument; that said subscribing witness was present and saw said          execute the same; and that said witness at the same time subscribed his/her/their name(s) as a witness thereto.

_____
NOTARY PUBLIC

**ACKNOWLEDGEMENT TAKEN OUTSIDE NEW YORK STATE**

State of          , County of          , ss:

On the       day of          in the year          , before me, the undersigned personally appeared          personally known to me or proved to me on the basis of satisfactory evidence to be the individual(s) whose name(s) is (are) subscribed to the within instrument and acknowledged to me that he/she/they executed the same in his/her/their capacity(ies),  that by his/her/their signature(s) on the instrument, the individual(s) or the person upon behalf of which the individual(s) acted, executed the instrument, and that such individual make such appearance before the undersigned in the          (add the city or political subdivision and the state or country or other place the acknowledgement was taken).

_____
NOTARY PUBLIC

### Bargain & Sale Deed
### With Covenants

**177-179 MILFORD STREET BROOKLYN NDB LLC**

**TO**

**Saba Plaza LLC**

**Title No. TIA-6691**

COUNTY: Kings

TOWN/CITY: New York

PROPERTY ADDRESS: 179 Milford Street, Brooklyn, NY 11208

SECTION:

BLOCK: 4208

LOT: 7

**RETURN BY MAIL TO:**

DISTRIBUTED BY

JUDICIAL TITLE
T: 800-281-TITLE    F: 800-FAX-9396

SABA REALTY LLC
4403 15TH AVENUE, #189
BROOKLYN, NY 11219



| NYC DEPARTMENT OF FINANCE OFFICE OF THE CITY REGISTER | |
|---|---|

2019082701395001001S5C1E

| **SUPPORTING DOCUMENT COVER PAGE** | **PAGE 1 OF 1** |
|---|---|

**Document ID: 2019082701395001**    Document Date: 08-23-2019    Preparation Date: 08-27-2019
Document Type: DEED

**ASSOCIATED TAX FORM ID:**    2019081900404

**SUPPORTING DOCUMENTS SUBMITTED:**

| | Page Count |
|---|---|
| DEP CUSTOMER REGISTRATION FORM FOR WATER AND SEWER BILLING | 1 |
| RP - 5217 REAL PROPERTY TRANSFER REPORT | 2 |
| SMOKE DETECTOR AFFIDAVIT | 1 |

FILED: KINGS COUNTY CLERK 01/26/2024 03:34 PM

NYSCEF DOC. NO. 72

INDEX NO. 503395/2021

RECEIVED NYSCEF: 01/26/2024

## NOTICE OF SALE

SUPREME COURT COUNTY OF KINGS, PS FUNDING, INC., Plaintiff, vs. SABA PLAZA, LLC., ET AL., Defendant(s).

Pursuant to an Order Confirming Referee Report and Judgment of Foreclosure and Sale duly entered on September 26, 2022 and an Order duly entered on January 5, 2023, I, the undersigned Referee will sell at public auction at the Kings County Supreme Court, Courtroom 224, 360 Adams Street, Brooklyn, NY 11201 on March 21, 2024 at 2:30 p.m., premises known as 179 Milford Street, Brooklyn, NY 11208. All that certain plot, piece or parcel of land, with the buildings and improvements thereon erected, situate, lying and being in the Borough of Brooklyn, County of Kings, City and State of New York, Block 4208 and Lot 7. Approximate amount of judgment is $3,655,053.50 plus interest and costs. Premises will be sold subject to provisions of filed Judgment Index #503395/2021. COVID-19 safety protocols will be followed at the foreclosure sale.

Stephen Spinelli, Esq., Referee

Chartwell Law, One Battery Park Plaza, Suite 710, New York, New York 10004, Attorneys for Plaintiff

**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF NEW YORK**

-------------------------------------------------x

In Re: SABA PLAZA LLC

             Debtor(s)

-------------------------------------------------x

Case No.

Chapter 7

## VERIFICATION OF CREDITOR MATRIX/LIST OF CREDITORS

       The undersigned debtor(s) or attorney for the debtor(s) hereby verifies that the creditor matrix/list of creditors submitted herein is true and correct to the best of his or her knowledge.

Dated: 3/21/2024

_____
Debtor

_____
Joint Debtor

s/_____
Attorney for Debtor

USBC-44

Rev. 11/15

Con Edison
P.O. Box 1702
New York, NY 10116-1702

Dept. Housing &Presvation
100 Gold Street
New York, NY 10038

Friedman Vartolo LLP
1325 Franklin Avenue
Suite 160
Garden City, NY 11530

NYC Environmental Protect
P.O. Box 739055
Elmhurst, NY 11373-9055

PS Funding, Inc
2121 Park Place, Suite 25
El Segundo, CA 90245

Wilmington Trust National
One Vanderbilt Avenue
48th Floor
New York, NY 10017